IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

KATHERINE ANN SANCHEZ                                08-11947-DWH

## AGREED ORDER

THIS MATTER came before the Court on Trustee's Motion to Dismiss [Dk#33] and [Dk#44] and Debtor's response thereto after notice and an opportunity for hearing. The parties having reached an agreement to resolve the motion, and the Court being advised in such agreement does hereby find and order as follows:

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. The Order Withdrawing Motion to Dismiss Case for Failure to Make Plan Payments [Dk#41] entered herein on December 1, 2009, shall be and is hereby vacated.

2. Trustee's Motion to Dismiss [Dk#33] shall be and is hereby denied.

3. Trustee's Motion to Dismiss [Dk#34] shall be and is hereby denied.

4. Debtor's plan payment shall be amended to a sum sufficient to afford completion of the confirmed plan.

5. The post-petition mortgage payment arrears through January 2010 shall be paid on an altered basis over the remaining term of the plan, with the regular maintenance payments to resume with the February 2010 payment.

4. This order shall not become final for a period of 20 days, giving the affected creditor(s) an opportunity to object to the entry of same.

5. Debtor's counsel shall notice this Order to all affected creditor(s) and file a Certificate of Service with the Court.

SO ORDERED this the _____ day of _____, 2009.

_____
U. S. BANKRUPTCY JUDGE

AGREED & APPROVED:

/s/ W. Jeffrey Collier
_____
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

_____
JIMMY E. MCELROY
ATTORNEY FOR DEBTOR